On petitioner's petition for reconsideration filed June 28, reconsideration allowed; opinion (125 Or App 139, 865 P2d 387) withdrawn; reversed and remanded for reconsideration September 7, 1994

## PORT BLAKELY TREE FARMS,
### *Respondent,*

*v.*

## The Filings of the
## NATIONAL COUNCIL ON
## COMPENSATION INSURANCE,
### *Respondent below,*

*and*

## SAIF CORPORATION,
### *Petitioner.*

### (91-08-049; CA A77447)
879 P2d 1350

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Michael O. Whitty, Special Assistant Attorney General, for petition.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reconsideration allowed; opinion withdrawn; reversed and remanded for reconsideration. *S-W Floor Cover Shop v. Natl. Council on Comp. Ins.*, 318 Or 614, 872 P2d 1 (1994); *see also Parker Furniture v. Natl. Council on Comp. Ins.*, 128 Or App 466, 876 P2d 837 (1994).